BEFORE THE SECOND DIVISION, OCTOBER 15, 1964

No. 68826.—F. B. Vandegrift & Co., Inc. v. United States, protests 63/8450, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of ram units or parts thereof similar in all material respects to those the subject of Abstract 67453, the claim of the plaintiff was sustained.

No. 68827.—Air Express Int'l. Agency, Inc., and Markt & Hammacker Co. v. United States, protest 324634–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of perlon monofilament fishing line similar in all material respects to the nylon fishing line the subject of Abstract 60183, the claim of the plaintiffs was sustained.

OCTOBER 13, 1964

No. 68828.—D. C. Andrews & Co. of Mass. v. United States, protest 62/8615. Protest dismissed August 25, 1964. (Not published.) Plaintiff's application for rehearing granted.

OCTOBER 13, 1964

No. 68829.—APPEAL 5148.—Samuel Shapiro & Company, Inc., a/c The Sharpe & Hart Associates, Inc. v. United States.— A.R.D. 155 affirmed June 11, 1964. C.A.D. 842.

OCTOBER 15, 1964

No. 68830.—APPEAL 5156.—Aceto Chemical Co., Inc. v. United States.— A.R.D. 159 affirmed June 25, 1964. C.A.D. 846.